**FILED**

AUG 0 5 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) CR __CR 08-290-01-MO_____ |
| Plaintiff, | ) |
| | ) DETENTION ORDER |
| v. | ) |
| | ) Violation of Pretrial Release |
| | ) |
| Jose Guadalupe Vega_____ | ) |
| | ) |
| _____Defendant(s)_____ | ) |

Violation of Pretrial Release

After a hearing pursuant to 18 USC § 3148 (violation of pretrial release order), the court finds that:

1.  ☐ there is probable cause to believe the defendant has committed a federal, state or local crime while on release and has not rebutted the presumption that his/her release will endanger another or the community, *or*
☒ there is clear and convincing evidence that defendant has violated another condition of release, *or,*
☐ the defendant stipulates he/she violated a condition of release, *and*

2.  ☐ based on the factors set forth in 18 USC § 3142(g), there is no condition or combination of conditions of release that will assure that defendant will not flee or pose a danger to the safety of another person or the community *or*
☒ defendant is unlikely to abide by any condition or combination of conditions of release.

DATED: ___August 5___, 200 0.

_____
United States Magistrate Judge